UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOSEPH SHINE-JOHNSON, *et al.*, : | |
| Plaintiffs, : | Case No. 2:20-cv-5919 |
| | JUDGE SARAH D. MORRISON |
| v. : | Magistrate Judge Preston Deavers |
| MIKE DEWINE, *et al.*, | |
| : | |
| Defendant. : | |

## ORDER

This matter is before the Court for consideration of an Order and Report and Recommendation issued by the Magistrate Judge Preston Deavers on January 26, 2021. (ECF No. 24). The time for filing objections has passed, and no objections have been filed. Therefore, the Court **ADOPTS** the Order and Report and Recommendation in full. For the reasons set forth in the Order and Report and Recommendation, the Court **ORDERS** Plaintiffs Bobby Nix and N. Sabir Abdullah to each pay the full amount of the filing fee within twenty-one days of this Order. Failure to pay the full amount by the deadline will result in **DISMISSAL** of their actions for lack of prosecution.

    **IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**